# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| JORDAN LOU JENSON,<br>*Petitioner*<br>v.<br>WORTH COUNTY, IOWA, et. al,<br>*Respondent* | Civil Action No. C25-3001-LTS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Plaintiff take nothing and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by  Judge Leonard T Strand

Date: 1/13/2025

*CLERK OF COURT*

s/ *jlh*     Deputy Clerk
*Signature of Clerk or Deputy Clerk*