JORDAN JENSON
507.391.1378 (NO VOICEMAIL)
928 West Fountain St.
Albert Lea, Minnesota
56007

RECEIVED

JAN 27 2025

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA