# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

JORDAN LOU JENSON,

       Plaintiff,

vs.

WORTH COUNTY, IOWA
DEPARTMENT OF CORRECTIONS
and WORTH COUNTY SHERIFF'S
OFFICE,

       Defendants.

No.  C25-3001-LTS-KEM

**ORDER**

This matter is before me pursuant to plaintiff Jordan Jenson's pro se motion (Doc. 6) to file electronically and pro se motion (Doc. 7) for temporary restraining order.  The Court dismissed this case on January 13, 2025. (See Order at Doc. 2 and Judgment at Doc. 4).  Therefore, these motions are **denied**.

       **IT IS SO ORDERED** this 28th day of January, 2025.

_____
Leonard T. Strand
United States District Judge