# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| JORDAN LOU JENSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WORTH COUNTY, IOWA DEPARTMENT OF CORRECTIONS and WORTH COUNTY SHERIFF'S OFFICE,<br><br>　　　　Defendants. | No.  C25-3001-LTS-KEM<br><br>**ORDER** |

　　　　This matter is before me pursuant to plaintiff Jordan Jenson's pro se motion (Doc. 13) to reconsider the Court's Order filed on January 13, 2025 (Doc. 2). The motion is **denied**.

　　　　**IT IS SO ORDERED** this 25th day of February, 2025.

_____
Leonard T. Strand
United States District Judge